United States District Court
Central District of California
Eastern Division

| | |
|---|---|
| Marco Saavedra,<br><br>                Plaintiff,<br><br>v.<br><br>Greens Box Springs, LLC et al.,<br><br>                Defendants. | EDCV 15-2312-VAP (DTBx)<br><br>**Order to Show Cause for Failure to Prosecute** |

    On November 10, 2015, Plaintiff filed the Complaint in this action. (Doc. No. 1.) On December 28, 2015, Plaintiff filed a Proof of Service indicating he had served Defendants Marco Saavedra, Rama Management, Inc., and Greens Box Springs, LLC with the Complaint on December 2, 2015. (Doc. No. 9, 10.) Defendants' Answer was due on December 23, 2015. (Id.) Defendants have not yet answered the Complaint. Plaintiff has not filed a request to enter default against Defendants.

    Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than February 15, 2016, why this action should not be dismissed for failure to prosecute. Plaintiff may respond to this Order by filing a request to enter Defendant's default, or by filing a notice of settlement. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: 2/2/16

Virginia A. Phillips
United States District Judge